**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Randall Earl Hart
Attorney at Law
1301 Common St.
Lake Charles LA 70601

**REHEARING ACTION: March 25, 2015**

**Docket Number: 14   00970-CA**

**IN RE:  MEDICAL REVIEW PANEL CLAIM OF DON CLAYTON WRIGHT, ET UX.**
**VERSUS**
**CHRISTUS HEALTH CENTER LOUISIANA, ET AL.**

**Appealed from Rapides Parish Case No. 248,353**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. Marc T. Amy**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Don Clayton Wright, et ux** has this day been

   **DENIED.**

cc: James R. Shelton, Counsel for the Appellee